**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| IN RE: | * | CASE NUMBER: 07-0167 ESL |
|---|---|---|
| | * | |
| EILYN MARTINEZ SANCHEZ | * | |
| | * | |
| Debtor(s) | * | CHAPTER 13 (ASSET CASE) |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

| EILYN MARTINEZ SANCHEZ | * | ADV. PRO. NO. 2009-00238 |
|---|---|---|
| Plaintiff's | * | |
| vs. | * | WILLFUL VIOLATION OF THE<br>AUTOMATIC STAY |
| BPPR; | * | |
| JOHN DOE & RICHARD ROE; | * | |
| INSURANCE COMPANIES X, Y | * | |
| and/or Z | * | |
| Defendants | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

| ALEJANDRO OLIVERAS RIVERA | * |
|---|---|
| Chapter 13 Trustee | * |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## MOTION VOLUNTARY DISMISSAL WITH PREJUDICE

An agreement was made on this 21st, day of July, 2010,
by BPPR and plaintiff EILYN MARTINEZ SANCHEZ.

### RECITAL

Whereas, on November 23rd, 2009, plaintiff filed the Complaint
in the above captioned adversary proceeding against BPPR for
alleged willful violations of the automatic stay.

**NOW THEREFORE,** in consideration of the mutual convenants and undertaking set forth herein and intending to be legally bound hereby, BPPR and plaintiff agree as follow:

1. This agreement shall not be construed as an admission of wrongdoing or liability in connection with any of the parties here involved.

2. That in consideration, to indemnify Plaintiff's inconveniences and litigation costs, BPPR have agreed to satisfy the plaintiff with an undisclosed amount as per confidencial agreement, which for purposes of this agreement is listed as $1.00 dollar.

3. The plaintiff's agrees to withdraw with prejudice the Complaint and all allegations against BPPR and all co-defendants, contained in the Complaint and hereby releases BPPR, of and from all causes of action, damages, liabilities, expenses and cost whatsoever arising by reason of the events that prompted the present Complaint, whether here before or hereafter accruing and whether now known or not known to the parties hereto.

4. This agreement shall inure to the benefit of and be binding upon the heirs, legal representatives, successors and assigns of the parties, and it will be binding even upon confirmation, conversion of dismissal.

5. The parties in this adversary proceeding respectfully submit that pursuant to Fed R Bakr P 2002(a), an objection period of twenty one (21) days after the date of service of this Motion is sufficient, and that an Order Compromising Controversy and Approving Settlement Terms should be automatically entered unless a hearing is requested and a formal objection is filed in this proceeding with the Clerk's Office of the United State Bankruptcy Court, and a copy is delivered to the undersigned counsel for the plaintiff.

6. The parties in this adversary proceeding submit that service of this Motion upon the Creditor and the Master Address List is sufficient to comply with all notice requirements.

7. The parties in this adversary submit that all costs should be taxed against the party that bore them, if not otherwise agreed in this motion.

8. The appearing parties acknowledge that they have read and understand this agreement, and hereby agree to abide by its terms, and that the terms of this agreement will be binding upon the signature of the agreement even upon confirmation, conversion or dismissal of the bankrupcty case.

9. Twenty days after the signature of the agreement, BPPR will make the payments accordingly.

10. This Honorable Court will retain jurisdiction to enforce the terms of this stipulation and to enter any other orders deemed appropriate.

**WHEREFORE**, the appearing parties hereby request the withdrawal with prejudice of the complaint with no imposition of costs or attorney's fees.

In San Juan, Puerto Rico, this 23 day of July, 2010.

**RESPECTFULLY SUBMITTED.**

**/s/ Marilyn Valdes Ortega**
**MARILYN VALDES ORTEGA**
USDC PR 214711
P.O. Box 19559
San Juan, PR 00919-5596
Tel. (787) 758-4400
Fax. (787) 763-0144
E-mail: valdeslaw@prtc.net

**/s/ Vanessa M. Torres Quiñones**
USDC PR 217401
PO BOX 192938
SAN JUAN, PR 00919-2938
787 767-8244
Fax : 787 767-1183
Email: vtorres@martineztorreslaw.com

MARTINEZ SANCHEZ EILYN MARIA
COND VILLAS DE PARKVILLE I
AF-PH2 BOX 30
GUAYNABO PR 00969

FIRST USA
CARD MEMBER SERVICE
PO BOX 94014
PALATINE IL 60094-4014

MARILYN VALDES ORTEGA LAW OFFICES
PO BOX 195596
SAN JUAN PR 00919-5596

GE MONEY BANK
PO BOX 960001
ORLANDO FL 32896-0001

AMERICAN EXPRESS
PO BOX 1270
NEWARK NJ 07101-1270

HOME DEPOT
PO BOX 630268
DES MOINES IA 50364-9100

BANCO BILBAO VIZCAYA
PO BOX 364745
SAN JUAN PR 00936-4745

INTERNAL REVENUE SERVICE
MERCANTIL PLAZA BLDG
ROOM 1014
SAN JUAN PR 00918

BANCO POPULAR DE PUERTO RICO
PO BOX 362708
SAN JUAN PR 00936-2708

MUEBLERIAS BERRIOS
PO BOX 674
CIDRA PR 00739

CHASE
CARD MEMBER SERVICE
PO BOX 94014
PALATINE IL 60094-4014

OLD NAVY
PO BOX 530942
ATLANTA GA 30353-0942

CRIM
372 AVE ROTARIO
SUITE 110 B
ARECIBO PR 00612

SAM'S CLUB
PO BOX 530942
ATLANTA GA 30353-0942

DEPARTAMENTO DE HACIENDA
PO BOX 9024140
OFICINA 424 B
SAN JUAN PR 00902

SEARS CREDIT CARDS
PO BOX 183114
COLUMBUS OH 43218-3114

DEPARTAMENTO DEL TRABAJO
AVE MUÑOZ RIVERA 505
HATO REY PR 00918

VAPR FEDERAL CREDIT UNION
PO BOX 33017
VETERAN PLAZA STATION
SAN JUAN PR 00933-0017

FEDERAL LITIGATION DEPT OF JUSTICE
PO BOX 9020192
SAN JUAN PR 00902-0192

WFNNB-MARIANNE
PO BOX 659705
SAN ANTONIO TX 78265-9705