# IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE DISTRICT OF PUERTO RICO

IN RE:

EILYN M MARTINEZ SANCHEZ

             Debtor(s)

EILYN M MARTINEZ SANCHEZ

             Plaintiff

BANCO POPULAR DE PUERTO RICO
JOHN DOE AND RICHARD ROE
INSURANCE COMPENIES X, Y & Z

            Defendant(s)

CASE NO. 07-00167 ESL

CHAPTER 13

ADVERSARY NO. 09-0238

FILED & ENTERED ON 08/16/2010

## ORDER

The Joint Motion for Voluntary Dismissal of this adversary proceeding, with prejudice, and with no imposition of costs or attorney's fees; filed between the debtor-plaintiff and defendant Banco Popular de Puerto Rico (docket entry #16) is hereby GRANTED. Judgment will be entered accordingly.

SO ORDERED.

San Juan, Puerto Rico, this 16th day of August, 2010.

                        Enrique S. Lamoutte Inclán
                        U.S. Bankruptcy Judge

CC:   DEBTOR
      MARILYN VALDES ORTEGA
      ALEJANDRO OLIVERAS RIVERA
      BANCO POPULAR DE PUERTO RICO
      VANESSA TORRES QUINONES